**FILED**

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0393

_____

ANNELIES AIKING-TAYLOR,

      Plaintiff and Appellant,

    v.                                     O R D E R

OLIVER SERANG,

      Defendants and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Annelies Aikin-Taylor, to all counsel of record, and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023